# EXHIBIT B

**FILED UNDER SEAL**



**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

---

Derek E. Hines
Assistant United States Attorney
derek.hines@usdoj.gov

Suite 400
36 S. Charles Street
Baltimore, MD 21201-3119

DIRECT: 410-209-4817
MAIN: 410-209-4800
FAX: 410-962-2310

January 11, 2019

**_Via Email and First Class Mail_**
Joshua R. Treem, Esq.
Brown Goldstein Levy LLP
120 E Baltimore St Ste 1700
Baltimore, MD 21202
jtreem@browngold.com

    Re:   <u>Conflicts of Interest in Representation of Kenneth Ravenell</u>

Dear Mr. Treem:

    We write to advise you that there are multiple nonwaivable conflicts of interest that prevent you from continuing to represent Kenneth Ravenell in connection with the ongoing grand jury investigation:

1. You are now a subject of the investigation and your conduct is within the scope of the grand jury's investigation.

2. You are partners with Kobie Flowers, Esq., and you are both members of the same law firm, Brown Goldstein Levy LLP. Mr. Flowers has also been subpoenaed to provide testimony before the grand jury and the Government has a good-faith basis to believe that he will provide testimony that is adverse to Mr. Ravenell's interests.

3. In addition to representing Mr. Ravenell, you also represented Tonya Kelly, Esq. in the investigation of Mr. Ravenell. Mr. Ravenell's interests are adverse to Ms. Kelly's interests.

    We trust that you understand that these conflicts warrant your recusal and disqualification from further representation of Mr. Ravenell. Please advise us promptly if you do not intend to withdraw from your representation of Mr. Ravenell.

    Yours truly,

    Robert K. Hur
    United States Attorney

By: *[signature]*
    Derek E. Hines
    James G. Warwick
    Katheen O. Gavin
    Assistant United States Attorneys
    36 South Charles Street, Fourth Floor
    Baltimore, Maryland 21201