# EXHIBIT C

**FILED UNDER SEAL**



U.S. Department of Justice

*United States Attorney*
*District of Maryland*

Derek E. Hines
Assistant United States Attorney
derek.hines@usdoj.gov

Suite 400
36 S. Charles Street
Baltimore, MD 21201-3119

DIRECT: 410-209-4817
MAIN: 410-209-4800
FAX: 410-962-2310

June 18, 2019

<u>Via Email</u>
Robert P. Trout, Esq.
Trout Cacheris & Solomon PLLC
1627 Eye Street
Washington, D.C. 20006
rtrout@troutcacheris.com

Re:   Grand Jury Investigation of Joshua Treem, Esq. and Search Warrants

Dear Mr. Trout:

You previously informed us that you represent Joshua Treem in connection with the ongoing criminal investigation of Kenneth Ravenell, et al. On January 11, 2019, we advised that Mr. Treem's conduct was within the scope of the Grand Jury's investigation and that Mr. Treem's status, among other conflicts, warranted his recusal and disqualification from further representation of Mr. Ravenell. We now write to advise you that Mr. Treem is a target of the ongoing criminal investigation and the Grand Jury has substantial evidence linking Mr. Treem to the commission of crimes.

Today, search warrants were executed at two law firms – Brown Goldstein Levy LLP and Ravenell Law. There is a filter review protocol in place for items seized pursuant to the search warrants. If you have any questions regarding the search warrant at Brown Goldstein Levy LLP, you should contact the filter review attorney, AUSA Jessica Collins, at 301-344-0179. AUSA Collins has a hearing today and her supervisor, Principal Deputy Chief Thomas Windom, is available at 301-344-4433 if you have any urgent questions regarding the search warrant.

Yours truly,

Robert K. Hur
United States Attorney

By: *[signature]*

Derek E. Hines
James G. Warwick
Matthew J. Maddox
Assistant United States Attorneys
36 South Charles Street, Fourth Floor
Baltimore, Maryland 21201