# Exhibit 5

**From:** Sharon Krevor-Weisbaum
**Sent:** Thursday, November 17, 2016 2:30 PM
**To:** Jan E. Mahar
**Subject:** RE: CHUBB malpractice renewal policy

good

Sharon Krevor-Weisbaum
Managing Partner

**BROWN GOLDSTEIN LEVY**
120 E. Baltimore Street, Suite 1700
Baltimore, MD 21202
Tel.: 410.962.1030 x1326
Fax: 410.385.0869
Email: skw@browngold.com
About Brown, Goldstein & Levy, LLP

About Brown, Goldstein & Levy, LLP
Brown, Goldstein & Levy, based in Baltimore, Maryland, handles both civil and criminal litigation and has active practices in many other area of the law, including family law, disability rights, and health care. For more information, visit www.browngold.com.

Please note that this Firm uses an e-mail filter that may affect receipt of certain e-mails. If you believe that we have not received your message, please call to confirm receipt of any present and future e-mails.

CONFIDENTIALITY: This email and any attachments are confidential, except where the e-mail states it can be disclosed; It may also be privileged. If received in error, please do not disclose the contents to anyone, but notify the sender by return e-mail and delete this e-mail (and any attachments) from your system. Thank you.

**From:** Jan E. Mahar
**Sent:** Thursday, November 17, 2016 2:29 PM
**To:** Sharon Krevor-Weisbaum
**Subject:** RE: CHUBB malpractice renewal policy

The extra coverage which should don't need at this time. Jan

**Jan E. Mahar**
Firm Administrator

**BROWN GOLDSTEIN LEVY**
120 E. Baltimore Street, Suite 1700
Baltimore, MD 21202
Tel.: 410.962.1030 x1328
Direct Dial: 443-923-1328
Fax: 410.385.0869
Email: jem@browngold.com

About Brown, Goldstein & Levy, LLP
Brown, Goldstein & Levy, based in Baltimore, Maryland, handles both civil and criminal litigation and has active practices in many other areas of the law, including family law, disability rights, and health care. For more information, visit www.browngold.com.

Please note that this Firm uses an e-mail filter that may affect receipt of certain e-mails. If you believe that we have not received your message, please call to confirm receipt of any present and future e-mails.

BGLPROD001594

CONFIDENTIALITY: This email and any attachments are confidential, except where the email states it can be disclosed; it may also be privileged. If received in error, please do not disclose the contents to anyone, but notify the sender by return email and delete this email (and any attachments) from your system. Thank you.

**From:** Sharon Krevor-Weisbaum
**Sent:** Thursday, November 17, 2016 2:29 PM
**To:** Jan E. Mahar
**Subject:** RE: CHUBB malpractice renewal policy

What is he asking about Travelers?

Sharon Krevor-Weisbaum
Managing Partner

**BROWN GOLDSTEIN LEVY**
120 E. Baltimore Street, Suite 1700
Baltimore, MD 21202
Tel.: 410.962.1030 x1326
Fax: 410.385.0869
Email: skw@browngold.com

About Brown, Goldstein & Levy, LLP

About Brown, Goldstein & Levy, LLP
Brown, Goldstein & Levy, based in Baltimore, Maryland, handles both civil and criminal litigation and has active practices in many other area of the law, including family law, disability rights, and health care. For more information, visit www.browngold.com.

Please note that this Firm uses an e-mail filter that may affect receipt of certain e-mails. If you believe that we have not received your message, please call to confirm receipt of any present and future e-mails.

CONFIDENTIALITY: This email and any attachments are confidential, except where the e-mail states it can be disclosed; it may also be privileged. If received in error, please do not disclose the contents to anyone, but notify the sender by return e-mail and delete this e-mail (and any attachments) from your system. Thank you.

**From:** Jan E. Mahar
**Sent:** Thursday, November 17, 2016 2:27 PM
**To:** McGee, Tim
**Cc:** Sharon Krevor-Weisbaum
**Subject:** RE: CHUBB malpractice renewal policy

Yes, please. Jan

**Jan E. Mahar**
Firm Administrator

**BROWN GOLDSTEIN LEVY**
120 E. Baltimore Street, Suite 1700
Baltimore, MD 21202
Tel.: 410.962.1030 x1328
Direct Dial: 443-923-1328
Fax: 410.385.0869
Email: jem@browngold.com

**About Brown, Goldstein & Levy, LLP**
Brown, Goldstein & Levy, based in Baltimore, Maryland, handles both civil and criminal litigation and has active practices in many other areas of the law, including family law, disability rights, and health care. For more information, visit www.browngold.com.

Please note that this Firm uses an e-mail filter that may affect receipt of certain e-mails. If you believe that we have not received your message, please call to confirm receipt of any present and future e-mails.

BGLPROD001595

CONFIDENTIALITY: This email and any attachments are confidential, except where the email states it can be disclosed; it may also be privileged. If received in error, please do not disclose the contents to anyone, but notify the sender by return email and delete this email (and any attachments) from your system. Thank you.

**From:** McGee, Tim [mailto:Tim.McGee@WillisTowersWatson.com]
**Sent:** Thursday, November 17, 2016 1:00 PM
**To:** Jan E. Mahar
**Subject:** Re: CHUBB malpractice renewal policy

Hello Jan - thanks for checking in. At this point o have not received your order/request to bind the renewal coverage. Is that something you can send me in an email today - and then we will bind accordingly. Also just let me know if you are not interested in the excess $1m offered by Travelers.

Thank you Jan

Tim McGee
Willis of Maryland

On Nov 17, 2016, at 10:46 AM, Jan E. Mahar <jem@browngold.com> wrote:

> Hi Tim, I hope you are well. When do you anticipate forwarding the new policy? Thank you. Jan
>
> **Jan E. Mahar**
> Firm Administrator
>
> ---
>
> **BROWN GOLDSTEIN LEVY**
> 120 E. Baltimore Street, Suite 1700
> Baltimore, MD 21202
> Tel.: 410.962.1030 x1328
> Direct Dial: 443-923-1328
> Fax: 410.385.0869
> Email: **jem@browngold.com**
>
> ---
>
> About Brown, Goldstein & Levy, LLP
> Brown, Goldstein & Levy, based in Baltimore, Maryland, handles both civil and criminal litigation and has active practices in many other areas of the law, including family law, disability rights, and health care. For more information, visit www.browngold.com.
>
> Please note that this Firm uses an e-mail filter that may affect receipt of certain e-mails. If you believe that we have not received your message, please call to confirm receipt of any present and future e-mails.
>
> CONFIDENTIALITY: This email and any attachments are confidential, except where the email states it can be disclosed; it may also be privileged. If received in error, please do not disclose the contents to anyone, but notify the sender by return email and delete this email (and any attachments) from your system. Thank you.

---

For information pertaining to Willis' email confidentiality and monitoring policy, usage restrictions, or for specific company registration and regulatory status information, please visit http://www.willis.com/email_trailer.aspx

We are now able to offer our clients an encrypted email capability for secure communication purposes. If you wish to take advantage of this service or learn more about it, please let me know or contact your Client

3

Advocate for full details. ~W67897

---

4

BGLPROD001597