# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### (Northern Division)

| | | |
|---|---|---|
| BROWN, GOLDSTEIN & LEVY, LLP, *et al.*, | * * * | |
| Plaintiffs, | * * | |
| v. | * * | Civil Action No. JKB-20-01313 |
| FEDERAL INSURANCE COMPANY, | * * | **FILED UNDER SEAL** |
| Defendant. | * * * | |

\* \* \* \* \* \* \* \* \* \* \*

## PLAINTIFFS' EXHIBIT LIST

**EXHIBIT 1**    September 9, 2020 Affidavit of Sharon Krevor-Weisbaum

**EXHIBIT 2**    Letter from Assistant U.S. Attorney Derek E. Hines to Joshua R. Treem, dated January 11, 2019

**EXHIBIT 3**    Indictment filed in *United States v. Ravenell*, criminal no. LO-19-0449

**EXHIBIT 4**    Letter from Assistant U.S. Attorney Derek E. Hines to Robert P. Trout, Esq. dated June 18, 2019

**EXHIBIT 5**    Search and Seizure Warrant issued on June 13, 2019, *In re Search of Brown Goldstein Levy LLP* (D. Md. June 13, 2019)

**EXHIBIT 6**    Brief of Government, *United States v. Under Seal*, No. 19-1730 (4th Cir. Aug. 9, 2019)

**EXHIBIT 7**    Letter from Assistant U.S. Attorney Joyce K. McDonald to Joshua R. Treem dated June 28, 2019

**EXHIBIT 8**    Email from Assistant U.S. Attorney Jefferson M. Gray to Joshua R. Treem dated June 29, 2019

**EXHIBIT 9**    Chubb Pro Lawyers Professional Liability Policy

| | |
|---|---|
| **EXHIBIT 10** | Letter from Paul S. Caiola, Esq. to David Newmann, Esq. dated October 17, 2019 |
| **EXHIBIT 11** | Email from Sharon Krevor-Weisbaum, Esq. to Chubb's Senior Claim Director Kevin J. Walsh dated June 28, 2019 |
| **EXHIBIT 12** | Letter from Sharon Krevor-Weisbaum, Esq. to Chubb's Senior Claim Director Kevin J. Walsh dated July 29, 2019 |
| **EXHIBIT 13** | Email from David Newmann, Esq. to Paul S. Caiola, Esq. dated January 7, 2020 |
| **EXHIBIT 14** | Report and Recommendation of Special Master Regarding Special Master Invoice for Work Completed in 2019, *In re Search of Brown Goldstein Levy LLP, No. 19-mj-2155* (D. Md. July 8, 2020) |
| **EXHIBIT 15** | *W.F. Gebhardt & Co. v. Am. European Ins. Co.*, No. 93, Sept. Term. 2020, slip op. (Md. Ct. Spec. App. May 26, 2021) (corrected version) |
| **EXHIBIT 16** | Transcript of April 30, 2021 Deposition of Sharon Krevor-Weisbaum (excerpts) |
| **EXHIBIT 17** | Superseding Indictment filed in *United States v. Ravenell, et al.*, criminal no. LO-19-0449 |
| **EXHIBIT 18** | Docket Sheet, Case No. 1-19-mj-2155-TCB (D. Md.) |
| **EXHIBIT 19** | Joshua R. Treem's Counsel's Invoices Reflecting Work on Search Warrant Matter |
| **EXHIBIT 20** | Photograph of Armed Agents Executing Search Warrant |