# EXHIBIT 20

FILED UNDER SEAL

